Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–19663–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank Paduano
   57 James St
   South River, NJ 08882–2027

Social Security No.:
   xxx–xx–2926

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       8/23/16
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mark S. Cherry, Esq., Debtor's Attorney

COMMISSION OR FEES
$1,500.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 4, 2016
JJW: gan

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-19663-MBK
Frank Paduano                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 04, 2016
                              Form ID: 137             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2016.
db           Frank Paduano,    57 James St,    South River, NJ  08882-2027
516273971    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516185670    First Premier Bank,    PO Box 5529,    Sioux Falls, SD  57117-5529
516185671    GE Capital Rertail Bank,    PO Box 103104,    Atlanta, GA  30328
516185674   +Raritan Bay Medical Center,    1 Hospital Plz,    Old Bridge, NJ 08857-3087
516185675    Wells Fargo Bank Nv NA,    PO Box 31557,    Billings, MT  59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2016 22:44:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2016 22:44:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516185669       E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2016 22:43:17      Ally,    PO Box 380902,
                 Bloomington, MI  55438-0902
516220367       E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2016 22:43:17      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
516185672       E-mail/Text: camanagement@mtb.com Aug 04 2016 22:43:53      Hudson City Savings Bank,
                 aka M&T Bank,    80 W Century Rd,    Paramus, NJ  07652-1405
516237657       E-mail/Text: cio.bncmail@irs.gov Aug 04 2016 22:43:41      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
516222782       E-mail/Text: camanagement@mtb.com Aug 04 2016 22:43:53      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516185673*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA  19114-0326)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2016 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark S Cherry    on behalf of Debtor Frank  Paduano mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
                                                                                             TOTAL: 4