| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Frank Paduano | Case No.: 16-19663<br>Chapter: 13<br>Judge: Kaplan |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Frank Paduano

This will confirm that on __8/9/2016__ the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) __E/F, I, J__ ,
- ☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

- ☒ A Declaration About an Individual Debtor's Schedules
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 8/12/2016                                James J. Waldron, Clerk

*new.12.1.15*