

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br> Frank Paduano | Case No.:  16-19663<br><br>Chapter:  13<br><br>Judge:  Kaplan |

**ORDER RESPECTING**
**AMENDMENT TO SCHEDULE D, E/F, F, G, H**
**OR LIST OF CREDITORS**

The relief set forth on the following page is **ORDERED**.

Date: 8/12/2016                                  /s/  Michael B. Kaplan
                                                 Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____E/F_____ or to the List of Creditors on _____8/9/2016_____ that:

- ☐ Deletes a creditor or creditors
- ☐ Modifies a previously listed creditor or creditor information
- ☒ Adds a creditor or creditors
- ☐ Modifies the list of parties to contracts or leases
- ☐ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) who is being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___13___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.12/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Frank Paduano  
      Debtor

Case No. 16-19663-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 12, 2016  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.  
db          Frank Paduano,    57 James St,    South River, NJ   08882-2027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:  
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Mark S Cherry    on behalf of Debtor Frank   Paduano mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com  
                                                                               TOTAL: 4