UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Frank Paduano

Case No.: 16-19663

Chapter: 13

Judge: Kaplan

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Frank Paduano

This will confirm that on _____8/9/2016_____ the following document(s) was filed by you.

☒ Amendment to Schedule(s) ___E/F, I, J_____,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ A Declaration About an Individual Debtor's Schedules

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors

☐ An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 8/12/2016                                        James J. Waldron, Clerk

*new.12.1.15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-19663-MBK
Frank Paduano                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 12, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db              Frank Paduano,    57 James St,    South River, NJ  08882-2027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Mark S Cherry    on behalf of Debtor Frank   Paduano mc@markcherrylaw.com,
           dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
                                                                                          TOTAL: 4