UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Mark S Cherry Esq
385 Kings Highway North
Cherry Hill NJ 08034

**Order Filed on March 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Frank Paduano

| | |
|---|---|
| Case No.: | 16-19663 |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 2, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Mark S Cherry Esq_____, the applicant, is allowed a fee of $ _____1500.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1500.00_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*