Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                      Case No.: 16−19663−MBK
                                      Chapter: 13
                                      Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank Paduano
   57 James St
   South River, NJ 08882−2027

Social Security No.:
   xxx−xx−2926

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/17/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 18, 2018
JAN: kmf

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-19663-MBK
Frank Paduano                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jan 18, 2018
                              Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.
```
db              Frank Paduano,    57 James St,    South River, NJ  08882-2027
aty            +Mark S Cherry,    385 Kings Highway Nort,    Cherry Hill, NJ 08034-1013
516185671       GE Capital Rertail Bank,    PO Box 103104,    Atlanta, GA  30328
516185674      +Raritan Bay Medical Center,    1 Hospital Plz,    Old Bridge, NJ 08857-3087
516820143     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2018 09:50:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2018 09:50:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516185669       EDI: GMACFS.COM Jan 19 2018 09:38:00      Ally,    PO Box 380902,    Bloomington, MI  55438-0902
516220367       EDI: GMACFS.COM Jan 19 2018 09:38:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516356917      +EDI: CAPITALONE.COM Jan 19 2018 09:38:00      Capital One,    Att: Bankruptcy Dept,    POB 30285,
                 Salt Lake City, UT 84130-0285
516273971       EDI: CAPITALONE.COM Jan 19 2018 09:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516185670       EDI: AMINFOFP.COM Jan 19 2018 09:38:00      First Premier Bank,    PO Box 5529,
                 Sioux Falls, SD  57117-5529
516185672       E-mail/Text: camanagement@mtb.com Jan 19 2018 09:49:53      Hudson City Savings Bank,
                 aka M&T Bank,    80 W Century Rd,    Paramus, NJ  07652-1405
516237657       EDI: IRS.COM Jan 19 2018 09:38:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
516222782       E-mail/Text: camanagement@mtb.com Jan 19 2018 09:49:53      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516356916       EDI: MERRICKBANK.COM Jan 19 2018 09:38:00      Merrick Bank,    POB 9201,
                 Old Bethpage, NY  11804-9001
516389983      +EDI: JEFFERSONCAP.COM Jan 19 2018 09:38:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516185675       EDI: WFFC.COM Jan 19 2018 09:38:00      Wells Fargo Bank Nv NA,    PO Box 31557,
                 Billings, MT  59107-1557
516346927      +EDI: WFFC.COM Jan 19 2018 09:38:00      Wells Fargo Bank, N.A. Home Equity Group,
                 1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
                                                                                               TOTAL: 14

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516342215      Unknown Plaintiff
516185673*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     PO Box 21126,
                 Philadelphia, PA  19114-0326)
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin                   Page 2 of 2                   Date Rcvd: Jan 18, 2018
                                Form ID: 148                  Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark S Cherry    on behalf of Debtor Frank    Paduano mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                 TOTAL: 5
```